(April 17, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT OWENS, Petitioner, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2),

for writ of habeas corpus denied *(see, People ex rel. Ruckdeschel v LeFevre,* 100 AD2d 643). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.